IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEGAN S. MORRIS, | ) | Case No. 8:08CV59 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by David Latenser, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 23, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for June 26, 2008, is cancelled upon the representation that this case is settled.

Dated this 23rd day of June 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge