IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN S. MORRIS, Personal Representative of the ESTATE OF MICHAEL GEORGE MAHONEY, Deceased, and TRUSTEE of the Michael George Mahoney Testamentary Trust,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE CO.,<br><br>    Defendant. | CASE NO. 8:08CV59<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 15) is approved;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 31st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge